Leeds Brown La

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: 9/18/2026

September 17, 2026

***VIA ECF***
Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** **Camacho v. The Vita Coco Company Inc.,**
Case No: 1:26-cv-06043-AT

Dear Judge Torres:

Our firm, along with co-counsel Poulin Willey Anastopoulo, represents Plaintiff Eric Camacho and the putative class, and we write pursuant to Your Honor's Individual Practices in Civil Cases Rule I(C) to respectfully request the Court stay all proceedings and deadlines in this action, including the September 18, 2026, deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order, pending the resolution of proceedings before the Judicial Panel on Multidistrict Litigation ("JPML") in *In re Retailer Tariff Litigation*, MDL No. 3202. *See* Dkt. 6. This request is made on consent of Defendant. This is the Parties' first request for a stay.

On August 14, 2026, a group of plaintiffs filed a motion with the JPML to create a multidistrict litigation captioned *In re Retailer Tariff Litigation*, MDL No. 3202, seeking to consolidate 25 federal class actions arising from retailers' alleged pass-through of tariffs imposed under the International Emergency Economic Powers Act ("IEEPA") for coordinated pretrial proceedings in the Northern District of Illinois pursuant to 28 U.S.C. § 1407.

On September 14, 2026, Plaintiff Camacho filed a notice of tag-along action with the JPML identifying this action as sharing common questions of fact with the actions on the pending MDL. If the JPML grants the motion and enters a Conditional Transfer Order for this action, the case would be transferred to the MDL transferee court for pretrial proceedings. The JPML has scheduled a hearing session for December 3, 2026, in New Orleans, Louisiana.

The parties agree that the most efficient path is to await the JPML's determination before engaging in further pretrial activity. It is not uncommon for courts in this district to stay an action pending a transfer decision by the JPML. *See Ritchie Capital Mgmt., LLC v. Gen. Elec. Capital Corp.*, 87 F. Supp. 3d 463, 471 (S.D.N.Y. 2015); *see also Royal Park Invs. SA/NV v. Bank of Am. Corp.*, 941 F. Supp. 2d 367, 370-71 (S.D.N.Y. 2013) (collecting cases); JPML Rule 2.1(d).

Therefore, the parties respectfully request that the Court (1) stay all proceedings and deadlines in this action, including the September 18 joint letter and jointly proposed Case

Management Plan and Scheduling Order deadline, and Defendant's October 26, 2026, response deadline, pending the JPML's ruling on the MDL motion; (2) direct the parties to file a joint status report within 14 days of the JPML's ruling, or at such other interval as the Court deems appropriate.

Plaintiff Camacho and Defendant are available at the Court's convenience.

Respectfully submitted,

*/s/ Michael A. Tompkins*

Michael A. Tompkins, Esq.
**LEEDS BROWN LAW, P.C.**
134 Mineola Blvd, 2nd Floor
Mineola, NY 11501
(516) 873-9550
mtompkins@leedsbrownlaw.com

CC: All Counsel of Record (via ECF)

GRANTED. The action is STAYED pending further order of this Court. The parties shall file a joint status report within **14 days** of the JPML's ruling.

SO ORDERED.

Dated: September 18, 2026
New York, New York

ANALISA TORRES
United States District Judge